

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00075-CR

---

In re Devoris Newson, Relator

---

### AN ORIGINAL PROCEEDING IN MANDAMUS

---

### MEMORANDUM OPINION

Relator, Devoris Newson, filed a petition for writ of mandamus on January 28, 2026. After consideration, the Court has determined that Newson is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. Any pending motions are dismissed as moot.

GINA M. PALAFOX, Justice

February 27, 2026

Before Palafox and Soto, JJ., Benavides, J. (Senior Judge)
Benavides, J. (Senior Judge), sitting by assignment

(Do Not Publish)